# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| CHRISTOPHER HINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:23-cv-00029 |
| ) | |
| GENERAL MOTORS, LLC, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| Defendant. ) | |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 30) stating that they stipulate to the dismissal of this action with prejudice. Accordingly, pursuant to the parties' stipulation, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE